■ CATHERINE FRITZ et al., Respondents, v WHITE CONSOLIDATED INDUSTRIES, INC., Appellant. (Appeal No. 1.) [760 NYS2d 924] —Appeal from an order of Supreme Court, Oneida County (Siegel, J.), entered June 5, 2002, which denied defendant's motion to set aside the verdict and, alternatively, for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.

■ CATHERINE FRITZ et al., Respondents, v WHITE CONSOLIDATED INDUSTRIES, INC., Appellant. (Appeal No. 2.) [760 NYS2d 924] —Appeal from an order of Supreme Court, Oneida County (Siegel, J.), entered May 30, 2002, which awarded judgment in favor of plaintiffs and against defendant in the amounts of $4,347.92 and $62,309.91.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.